OVSANNA TAKVORYAN (SBN 217435)
KRISTINE T. TAKVORYAN (SBN 242445)
TAKVORYAN LAW GROUP,
A PROFESSIONAL CORPORATION
450 N. Brand Blvd., Suite 600
Glendale, California 91203
Telephone: (818) 291-6272
Facsimile: (818) 484-2126
Email: ovsanna@takvoryanlawgroup.com
       kristine@takvoryanlawgroup.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:10-bk-24960-MT |
| | ) |
| ROBERT MARC HINDIN, | ) Chapter 7 |
| | ) |
| | ) **EX PARTE MOTION FOR THE** |
| Debtor. | ) **ENTRY OF AN ORDER EXTENDING** |
| | ) **TIME FOR DEBTOR TO FILE (1)** |
| | ) **SCHEDULES OF ASSETS AND** |
| | ) **LIABILITIES, (2) STATEMENT OF** |
| | ) **FINANCIAL AFFAIRS, AND (3)** |
| | ) **OTHER RELATED DOCUMENTS;** |
| | ) **DECLARATION OF ROBERT MARC** |
| | ) **HINDIN IN SUPPORT THEREOF** |
| | ) |
| | ) |
| | ) **[No Hearing Required]** |
| | ) |
| | ) |
| | ) |

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND DAVID R. HAGEN, THE APPOINTED AND ACTING CHAPTER 7 TRUSTEE:

Robert Marc Hindin, the debtor in the above-captioned Chapter 7 bankruptcy case (the "Debtor") hereby moves the Court, by this ex parte motion (the "Motion"), for the entry of an order extending the time within which the Debtor must file his: (1) Schedules of Assets and Liabilities ("Schedules"), (2) Statement of Financial Affairs ("Statement") and (3) other related documents, including but not limited to a statement of current monthly income, required to be filed with the Court by the same date as the Schedules and Statement (the "Related Documents").

The Schedules, Statement and Related Documents are currently due to be filed on December 14, 2010. By this Motion, the Debtor requests an extension of fifteen (15) calendar days through and including December 29, 2010, to file his Schedules, Statements and Related Documents. In support of the Motion, the Debtor respectfully represents as follows:

1.     The Debtor commenced his chapter 7 bankruptcy case by filing a voluntary petition under Chapter 7 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on November 30, 2010 (the "Petition Date").

2.     David R. Hagen is the appointed and acting Chapter 7 Trustee (the "Trustee") in the Debtor's bankruptcy case.

3.     The Debtor's bankruptcy case was filed on an emergency basis (in order to avoid a foreclosure of his personal residence scheduled for a Trustee Sale on November 30, 2010), and as such, did not include the Schedules, Statements, and Related Documents.

4.     The Schedules, Statement and Related Documents are currently due to be filed on December 14, 2010.

5.     Section 521 of the Bankruptcy Code requires that the Debtor "(A) file a list of creditors; and (B) unless the court orders otherwise – (i) a schedule of assets and liabilities; (ii) a schedule of current income and current expenditures; (iii) a statement of the debtor's financial affairs ... ." 11 U.S.C. § 521(a). Pursuant to Federal Rules of Bankruptcy Procedure 1007(c) (collectively, the "Bankruptcy Rules") and Local Bankruptcy Rule 1007-1, if no extension of time has been granted, the Debtor must file its Schedules and Statement within fourteen (14) days from the date of the filing of the bankruptcy petition. However, Federal Rule of

2

1   Bankruptcy Procedure 1007(c) also provides that an extension of time for the filing of the

2   schedules, statements, and other documents may be granted "on motion for cause shown and on

3   notice to the United States Trustee ... ." Fed. R. Bankr. P. 1007(c).

4         6.     The Debtor is in the process of collecting the information necessary in order to

5   prepare the Schedules, Statements and Related Documents. The Debtor is also in the process of

6   assisting his bankruptcy counsel with respect to the determination of whether the Debtor's

7   bankruptcy case should be converted to one of Chapter 11.

8         7.     The Debtor is an attorney engaged in the practice of law. The Debtor is employed

9   by Robert Hindin and Associates, APLC. The Debtor is currently involved in a trial and is

10  actively engaged in performing the services required in the ordinary course of his employment.

11  Unfortunately, the time requirements of the trial are extensive.    Although, the Debtor

12  understands the importance of the timely filing the Schedules, Statements, and Related

13  Documents for the proper administration of his bankruptcy case, the Debtor has not had the time

14  to collect the information necessary in order to prepare the Schedules, Statements and Related

15  Documents.  As the Court is aware, the preparation of the Schedules, Statement and Related

16  Documents is a very time consuming process.

17        8.     Moreover, since the emergency filing of the bankruptcy petition, the Debtor has

18  come to the determination (with his bankruptcy counsel's assistance) that perhaps his Chapter 7

19  bankruptcy case should be converted to one of Chapter 11. The Debtor and his counsel are in the

20  process of making the determination of whether or not to convert the Debtor's bankruptcy case.

21        9.     The Debtor is the only person working on gathering the information necessary in

22  order to prepare the Schedules, Statements and Related Documents.  That task, combined with

23  the Debtor's other responsibilities (which are summarized above) have kept the Debtor

24  extremely busy since the filing of his bankruptcy case and will make it impossible for the Debtor

25  to be able to file accurate and complete Schedules, Statement and Related Documents by the

26  regular deadline for their filing.

27

28

10.     If forced to do so, the Debtor could file his Schedules, Statement and Related Documents on the day on which they are due, but if he did, the Schedules, Statement and Related Documents would be incomplete or inaccurate and he would be required to amend the Schedules, Statement and Related Documents.

11.     As the Debtor and his counsel believe that it would be a waste of time for the Trustee and the Debtor's creditors to have to review incomplete financial information and for the other reasons mentioned above, the Debtor respectfully requests a short extension of time through and including December 29, 2010, so that he may prepare the Schedules, Statement and Related Documents completely and accurately.

12.     The Debtor will make every effort to complete and file his Schedules, Statement and Related Documents before December 29, 2010.

13.     The Section 341(a) Meeting of Creditors is scheduled for January 3, 2011.  As such, the Debtor does not believe that any of his creditors will be prejudiced by the extension of time requested herein.

14.     A copy of the Debtor's voluntary petition and all other papers filed with the petition and proof of their e-filing with the Court are attached as Exhibit "1" to the Debtor's declaration annexed hereto.

**WHEREFORE**, the Debtor respectfully request that the Court enter an order extending the deadline by which the Debtor must file his Schedules, Statement and Related Documents through and including December 29, 2010 and granting such other and further relief as the Court deems just and proper.

Dated: December 14, 2010                    ROBERT MARC HINDIN

                                            By: _____
                                               OVSANNA TAKVORYAN
                                               TAKVORYAN LAW GROUP,
                                               A PROFESSIONAL CORPORATION
                                               Attorneys for Debtor

## DECLARATION OF ROBERT MARC HINDIN

I, ROBERT MARC HINDIN, HEREBY DECLARE AS FOLLOWS:

1.      Except as set forth below, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am the debtor in the above-entitled Chapter 7 bankruptcy case.

3.      I filed a voluntary petition under Chapter 7 on or about November 30, 2010.

4.      My bankruptcy case was filed on an emergency basis (in order to avoid a foreclosure of my personal residence scheduled for a Trustee Sale on November 30, 2010), and as such, did not include my Schedules of Assets and Liabilities (the "Schedules"), my Statement of Financial Affairs (the "Statement") and the other related documents that must be filed with the Court on the same date as the Schedules and Statement (the "Related Documents").

5.      I am currently in the process of collecting the information necessary in order to prepare my Schedules, Statements, and Related Documents. I am also in the process of assisting my bankruptcy counsel with respect to the determination of whether my bankruptcy case should be converted to one of Chapter 11.

6.      I am an attorney engaged in the practice of law. I am employed by Robert Hindin and Associates, APLC. I am currently involved in a trial and am actively engaged in performing the services required in the ordinary course of my employment. Unfortunately, the time requirements of the trial are extensive. Although, I understand the importance of the timely filing the Schedules, Statements, and Related Documents for the proper administration of my bankruptcy case, I have not had the time to collect the information necessary in order to prepare the Schedules, Statements and Related Documents.

7.      Moreover, since the emergency filing of my bankruptcy petition, I have come to the determination (with my bankruptcy counsel's assistance) that perhaps my Chapter 7 bankruptcy case should be converted to one of Chapter 11. My counsel and I are in the process of making the determination of whether or not to convert my bankruptcy case.

12/13/2010 07:07 FAX 310 478 2270    HINDIN&ASSOCIATES    ☑ 0037/003

8.    I am the only person working on gathering the information necessary in order to prepare the Schedules, Statements and Related Documents. That task, combined with my other responsibilities (which are summarized above) have kept me extremely busy since the filing of my bankruptcy case and will make it impossible for me to file accurate and complete Schedules, Statement and Related Documents by the regular deadline for their filing.

9.    If forced to do so, I could file my Schedules, Statement and Related Documents on the day on which they are due, but if I did, the Schedules, Statement and Related Documents would be incomplete or inaccurate and I would be required to amend the Schedules, Statement and Related Documents.

10.    As I believe that it would be a waste of time for the Chapter 7 Trustee appointed in my bankruptcy case and my creditors to have to review incomplete financial information and for the other reasons mentioned above, I respectfully request a short extension of time through and including December 29, 2010, so that I may prepare the Schedules, Statement and Related Documents completely and accurately.

11.    I will make every effort to complete and file my Schedules, Statement and Related Documents before December 29, 2010.

13.    I do not believe that any of my creditors will be prejudiced by the extension of time requested herein.

14.    A copy of my voluntary petition and all other papers filed with the petition and proof of their e-filing with the Court are attached as Exhibit "1" hereto.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of December 2010, at Malibu, California.

ROBERT MARC HINDIN

# EXHIBIT 1

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hindin, Robert Marc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1581 Monte Viento Dr**<br>**Malibu, CA**<br>ZIP Code **90265** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hindin, Robert Marc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X   /s/ Kristine Theodesia Takvoryan   November 29, 2010</b><br>    Signature of Attorney for Debtor(s)    (Date)<br><b>Kristine Theodesia Takvoryan</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hindin, Robert Marc** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Marc Hindin**
Signature of Debtor **Robert Marc Hindin**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 29, 2010**
Date

### Signature of Attorney*

X **/s/ Kristine Theodesia Takvoryan**
Signature of Attorney for Debtor(s)

**Kristine Theodesia Takvoryan 242445**
Printed Name of Attorney for Debtor(s)

**Takvoryan Law Group**
Firm Name

**A Professional Corporation
450 N. Brand Blvd., Suite 600
Glendale, CA 91203**

_____
Address

**Email: info@takvoryanlawgroup.com**
**(818) 291-6272 Fax: (818) 484-2126**
Telephone Number

**November 29, 2010          242445**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re  <u>Robert Marc Hindin</u>                                    Case No. _____
                                            <u>Debtor(s)</u>        Chapter     <u>7</u>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert Marc Hindin**
                        **Robert Marc Hindin**

Date:    **November 29, 2010**

Certificate Number: 12459-CAC-CC-013147630



12459-CAC-CC-013147630

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 29, 2010</u>, at <u>10:38</u> o'clock <u>PM PST</u>, <u>Robert Hindin</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>November 29, 2010</u>            By:    <u>/s/Laura M Ahart</u>

                                    Name:    <u>Laura M Ahart</u>

                                    Title:    <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property
    included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list
    any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons,
    firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of
    each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned,
    whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in
    Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)
    **1:96-bk-10769-GM Robert Marc Hindin**
    **Chapter: 7**
    **Date filed: 01/23/1996**
    **Date discharged: 05/03/1996**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Glendale CA**                              , California.          **/s/ Robert Marc Hindin**
                                                                                  **Robert Marc Hindin**
Dated         **November 29, 2010**                                               *Debtor*


                                                                                  *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

Exhibit 1, Page 000007

B201 - Notice of Available Chapters (Rev. 12/08)                                                    USBC, Central District of California

Name:      **Kristine Theodesia Takvoryan**
Address:   **A Professional Corporation**
           **450 N. Brand Blvd., Suite 600**
           **Glendale, CA 91203**
Telephone: **(818) 291-6272**      Fax:   **(818) 484-2126**

■  Attorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Robert Marc Hindin** | Case No.:<br><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

      With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

      In addition, after filing a bankruptcy case, an individual debtor generally must complete a **financial management instructional course** before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

      **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

      1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
      2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
      3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Robert Marc Hindin** | X **/s/ Robert Marc Hindin** | **November 29, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Robert Marc Hindin** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ......................................................... $ _____ **2,000.00**

     Prior to the filing of this statement I have received ........................................... $ _____ **0.00**

     Balance Due .............................................................................................................. $ _____ **2,000.00**

2.  $ __299.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| November 29, 2010 | /s/ Kristine Theodesia Takvoryan |
|---|---|
| Date | Kristine Theodesia Takvoryan |
| | *Signature of Attorney* |
| | **Takvoryan Law Group** |
| | *Name of Law Firm* |
| | **A Professional Corporation** |
| | **450 N. Brand Blvd., Suite 600** |
| | **Glendale, CA 91203** |
| | **(818) 291-6272  Fax: (818) 484-2126** |

---

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Kristine Theodesia Takvoryan**<br>**A Professional Corporation**<br>**450 N. Brand Blvd., Suite 600**<br>**Glendale, CA 91203**<br>**(818) 291-6272 Fax: (818) 484-2126**<br>California State Bar No.: 242445<br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Robert Marc Hindin**

Debtor.

CHAPTER __7__

CASE NUMBER

(No Hearing Required)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* __11/29/2010__ , I agreed with the Debtor that for a fee of $ __2,000.00__ , I would provide only the following services:

   a. ■  Prepare and file the Petition and Schedules

   b. ■  Represent the Debtor at the 341(a) Hearing

   c. ☐  Represent the Debtor in any relief from stay actions

   d. ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐  Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:  **November 29, 2010**

I HEREBY APPROVE THE ABOVE:

**/s/ Robert Marc Hindin**
*Signature of Debtor*

**Takvoryan Law Group**
*Law Firm Name*

By:  **/s/ Kristine Theodesia Takvoryan**

Name:  **Kristine Theodesia Takvoryan**
*Attorney for Debtor*

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 2090-1.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Exhibit 1, Page 000012

Case 1:10-bk-24960-MT    Doc 1    Filed 11/30/10    Entered 11/30/10 09:22:00    Desc
Main Document    Page 13 of 14

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Kristine Theodesia Takvoryan**

Address      **A Professional Corporation 450 N. Brand Blvd., Suite 600 Glendale, CA 91203**

Telephone      **(818) 291-6272 Fax: (818) 484-2126**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Robert Marc Hindin** | Case No.: |
| | Chapter:      **7** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___1___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **November 29, 2010**              **/s/ Robert Marc Hindin**
                                            **Robert Marc Hindin**
                                            Signature of Debtor

Date:   **November 29, 2010**              **/s/ Kristine Theodesia Takvoryan**
                                            Signature of Attorney
                                            **Kristine Theodesia Takvoryan**
                                            **Takvoryan Law Group**
                                            **A Professional Corporation**
                                            **450 N. Brand Blvd., Suite 600**
                                            **Glendale, CA 91203**
                                            **(818) 291-6272   Fax: (818) 484-2126**

Robert Marc Hindin
1581 Monte Viento Dr
Malibu, CA 90265


Kristine Theodesia Takvoryan
Takvoryan Law Group
A Professional Corporation
450 N. Brand Blvd., Suite 600
Glendale, CA 91203


Capital One Bank
P.O. Box 60599
City Of Industry, CA 91716-0599


TD Service Company
1820 E First St, Ste 210
Santa Ana, CA 92711

| In re: | CHAPTER: 7 |
|---|---|
| **Robert Marc Hindin**<br><br>Debtor(s). | CASE NUMBER: **1:10-bk-24960-MT** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **EX PARTE MOTION FOR THE ENTRY OF AN ORDER EXTENDING TIME FOR DEBTOR TO FILE (1) SCHEDULES OF ASSETS AND LIABILITIES, (2) STATEMENT OF FINANCIAL AFFAIRS, AND (3) OTHER RELATED DOCUMENTS; DECLARATION OF ROBERT MARC HINDIN IN SUPPORT THEREOF**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 14, 2010** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com
Ramesh Singh    claims@recoverycorp.com
Kristine Takvoryan    efiling@takvoryanlawgroup.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **December 14, 2010** , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Maureen A. Tighe**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 325**
**Woodland Hills, CA 91367**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2010 | Alfred Baratyan | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.