OVSANNA TAKVORYAN (SBN 217435)
KRISTINE T. TAKVORYAN (SBN 242445)
TAKVORYAN LAW GROUP,
A PROFESSIONAL CORPORATION
450 N. Brand Blvd., Suite 600
Glendale, California 91203
Telephone: (818) 291-6272
Facsimile: (818) 484-2126
Email: ovsanna@takvoryanlawgroup.com
       kristine@takvoryanlawgroup.com

Counsel for Debtor

**FILED & ENTERED**

DEC 17 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY natan    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROBERT MARC HINDIN,<br><br>　　　　Debtor. | Case No. 1:10-bk-24960-MT<br><br>Chapter 7<br><br>**ORDER GRANTING EX PARTE MOTION FOR THE ENTRY OF AN ORDER EXTENDING TIME FOR DEBTOR TO FILE (1) SCHEDULES OF ASSETS AND LIABILITIES, (2) STATEMENT OF FINANCIAL AFFAIRS, AND (3) OTHER RELATED DOCUMENTS**<br><br>[No Hearing Required] |

1

1  The Court having considered the ex parte motion (the "Motion") filed by Robert Marc Hindin, the debtor in the above-captioned Chapter 7 bankruptcy case (the "Debtor"), seeking an extension of time within which the Debtor must file his: (1) Schedules of Assets and Liabilities ("Schedules"), (2) Statement of Financial Affairs ("Statement") and (3) other related documents, including but not limited to a statement of current monthly income, required to be filed with the Court by the same date as the Schedules and Statement (the "Related Documents"), and the Debtor's declaration filed in support of the Motion, together with all exhibits attached thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. the Motion shall be and is hereby granted in its entirety; and

2. the Debtor shall have an extension of time through and including December 29, 2010 to file his Schedules, Statement, and Related Documents in this case.

###

DATED: December 17, 2010

_____
United States Bankruptcy Judge

| In re:<br>Robert Marc Hindin<br>Debtor(s). | CHAPTER: **7**<br>CASE NUMBER: **1:10-bk-24960-MT** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 450 N. Brand Blvd., Suite 600, Glendale CA 91203.

The foregoing document described  **ORDER GRANTING EX PARTE MOTION FOR THE ENTRY OF AN ORDER EXTENDING TIME FOR DEBTOR TO FILE (1) SCHEDULES OF ASSETS AND LIABILITIES, (2) STATEMENT OF FINANCIAL AFFAIRS, AND (3) OTHER RELATED DOCUMENTS**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  **December 14, 2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Maureen A. Tighe**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 325**
**Woodland Hills, CA 91367**

**David R. Hagen**
**Chapter 7 Trustee**
**6320 Canoga Ave., Suite 1400**
**Woodland Hills, CA 91367**

**U.S. Trustee**
**United States Trustee (SV)**
**21051 Warner Center Lane, Suite 115**
**Woodland Hills, CA 91367**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 14, 2010** | **Alfred Baratyan** | **/s/ Alfred Baratyan** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br><br>Robert Marc Hindin<br><br>Debtor(s). | CHAPTER: **7**<br><br>CASE NUMBER: **1:10-bk-24960-MT** |
|---|---|

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order of Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney, movant (or attorney), and person/entity (or attorney) who filed an opposition to the requested relief. **DO NOT** list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify **ORDER GRANTING EX PARTE MOTION FOR THE ENTRY OF AN ORDER EXTENDING TIME FOR DEBTOR TO FILE (1) SCHEDULES OF ASSETS AND LIABILITIES, (2) STATEMENT OF FINANCIAL AFFAIRS, AND (3) OTHER RELATED DOCUMENTS**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 14, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

**David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com**
**Ramesh Singh    claims@recoverycorp.com**
**Kristine Takvoryan    efiling@takvoryanlawgroup.com**
**United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below.