DAVID R. HAGEN, TRUSTEE (#108383)
**MERRITT, HAGEN & SHARF, LLP**
6320 Canoga Ave. Suite 1400
Woodland Hills, CA 91367-2498
(818) 992-1940 Fax (818) 992-3309

David R. Hagen, Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO DIVISION

In re:

ROBERT MARC HINDIN,

Debtor(s)

Case No. 01:10-24960-MT

Chapter 7

**NOTICE OF WITHDRAWAL OF APPOINTMENT OF TRUSTEE**

[No Hearing Required]

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:

I, David R. Hagen, hereby withdraw my appointment as Trustee in the above-captioned case due to a conflict of interest.

DATED: December 15, 2010.

_____
DAVID R. HAGEN, Interim Trustee

1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Merritt, Hagen & Sharf, LLP, 6320 Canoga Ave., Suite 1400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described <u>NOTICE OF WITHDRAWAL OF APPOINTMENT TRUSTEE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com
* Ramesh Singh    claims@recoverycorp.com
* Kristine Takvoryan    efiling@takvoryanlawgroup.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
* Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 17, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Service by U.S. Mail</u>

<u>Debtor</u>
Robert Marc Hindin
1581 Monte Viento Dr
Malibu, CA 90265

<u>Judge</u>
The Honorable Maureen A. Tighe
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 325
Woodland Hills, CA 91367

<u>Court</u>
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard,
Woodland Hills, CA 91367
***ATTN.: INTAKE CLERK***

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 17, 2010 | Brian Reed | /s/ Brian Reed |
|---|---|---|
| Date | Type Name | Signature |

3