DAVID R. HAGEN, CH. 7 TRUSTEE
6320 Canoga Avenue, Suite 1400
Woodland Hills, CA  91367
Telephone:    (818) 992-1940
Facsimile:    (818) 992-3309

Former Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| In Re:<br><br>ROBERT MARC HINDIN,<br><br><br><br>Debtor(s) | Case No.: 1:10-BK-24960-MT<br><br>Chapter: 7<br><br>NOTIFICATION OF CHANGE IN APPOINTMENT OF TRUSTEE AND CONTINUED DATE OF 341(a) MEETING<br><br>Date: **02/25/11**<br>Time: 1:30 PM<br>Place: 21051 Warner Center Lane, Suite 105, Woodland Hills, CA 91367 |
|---|---|

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter is now set for **02/25/11** at 1:30 PM at 21051 Warner Center Lane, Suite 105, Woodland Hills, CA 91367.

    New Trustee:        David Seror
                                  9401 Wilshire Blvd., 9th Floor
                                  Beverly Hills, CA  90212
                                  Telephone (310)273-6333

| In re: ROBERT MARC HINDIN, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 01:10-24960-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6320 Canoga Ave., #1400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as **NOTIFICATION OF CHANGE IN APPOINTMENT OF TRUSTEE AND CONTINUED DATE OF 341(a) MEETING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 2, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gary Leibowitz    attorneygary@gmail.com
- Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 2, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR** (via US Mail)
   Robert Marc Hindin, 1581 Monte Viento Dr., Malibu, CA 90265
**JUDGE** (via US Mail)
   The Honorable Maureen Tighe, USBC – Central District, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367
**COURT** (via US Mail)
   United States Bankruptcy Court – San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, CA --- Attention: Intake Clerk

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 2, 2011 | Brian Reed | /s/ Brian Reed |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                       **F 9013-3.1**

| In re: ROBERT MARC HINDIN,<br><br>Debtor(s). | CHAPTER 7 |
|---|---|
| | CASE NUMBER 01:10-24960-MT |

*Date*    *Type Name*    *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**